IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JEROME JAIQUEZ BUNCH,

      Appellant,

v.

                                       Case No. 5D22-934
                                       LT Case Nos. 2018-CF-897
                                                  2019-CF-840

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed September 13, 2022

3.850 Appeal from the Circuit Court
for Citrus County,
Richard A. Howard, Judge.

Jerome Jaiquez Bunch, Bonifay, pro se.

No Appearance for Appellee.


PER CURIAM.

     AFFIRMED.


EDWARDS, EISNAUGLE and HARRIS, JJ., concur.